UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHLEY E. HUBBARD,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C18-5755JLR

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

      The court GRANTS Plaintiff Ashley Hubbard's *in forma pauperis* application (Dkt. # 1), and ORDERS:

      (1)    The Clerk shall issue summonses to Ms. Hubbard.

      (2)    Ms. Hubbard is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4. As detailed in General Orders 04-15 and 05-15, Ms. Hubbard may effectuate service electronically by sending a copy of the summonses and complaint

1 via email, along with Ms. Hubbard's identifying information, to

2 USAWAW.SSAClerk@usdoj.gov.

3     DATED this 20th day of September, 2018.

                                                                      JAMES L. ROBART
                                                                       United States District Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2